IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ZACHARY O. DUPREE                                                  PLAINTIFF

v.                            Case No. 1:25-cv-1053

PUBLIC DEFENDER JOSEPH MAZZANTI;
DEPUTY PROSECUTOR SANDRA BRADSHAW;
INVESTIGATOR TAD HUNTSMAN
(Ashley County Sheriff's Office);
DEPUTY DEREK HILL
(Ashley County Sheriff's Office)                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on August 27, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Bryant recommends that this case be dismissed. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of September, 2025.

                                                             /s/ Susan O. Hickey
                                                             Susan O. Hickey
                                                             United States District Judge